Chautauqua Patrons Ins. Co. v Styles (2023 NY Slip Op 03594)

Chautauqua Patrons Ins. Co. v Styles

2023 NY Slip Op 03594

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

318 CA 22-01090

[*1]CHAUTAUQUA PATRONS INSURANCE COMPANY, PLAINTIFF-APPELLANT,
v
RYAN STYLES AND JEFF B. GUSTAFSON, DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

HURWITZ & FINE, P.C., BUFFALO (SCOTT D. STORM OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
LAW OFFICE OF ANDREW J. STIMSON, AMHERST (ANDREW J. STIMSON OF COUNSEL), FOR DEFENDANT-RESPONDENT RYAN STYLES. 
STEVE BOYD, P.C., WILLIAMSVILLE (LEAH COSTANZO OF COUNSEL), FOR DEFENDANT-RESPONDENT JEFF B. GUSTAFSON. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 2, 2022, in a declaratory judgment action. The order and judgment, among other things, declared that plaintiff is obligated to defend and/or indemnify defendant Ryan Styles in an underlying action. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 2, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court